IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>SUPER FARMACIA REBECA, INC., DALILA BULA-MAYSONET, LUIS BURGOS-DOMÍNGUEZ, THE CONJUGAL PARTNERSHIP COMPRISED BETWEEN THEM, AND CORPORATIONS OR INDIVIDUALS X, Y and Z,<br><br>**Defendants** | CIVIL NO. 21-1528(RAM) |

### JUDGMENT BY CONSENT

Pursuant to Order at Docket No. 5, judgment is hereby entered pursuant to the *Joint Petition for Judgment by Stipulation* (the "*Stipulation*") submitted by the parties at Docket No. 3. The parties have agreed to the entry of a Judgment in favor of Plaintiff the United States of America, by means of which the named Co-Defendants shall compensate said Plaintiff by paying the amount of four hundred thousand dollars ($400,000.00), while ensuring future compliance with the Comprehensive Drug Abuse Prevention and Control Act, all pursuant to the terms subject of the Settlement Agreement ("*Settlement*") at Docket No. 3-1. The terms of the Settlement are hereby adopted and incorporated as part of this judgment.

No attorney's fees or costs are levied upon any party.

WHEREFORE, Judgment is hereby entered in favor of the United States of America, for compensation to be afforded by the named Co-Defendants amounting to four hundred thousand dollars ($400,000.00), while adhering and abiding to all federal, state, and local laws pertaining to Controlled Substances and the maintenance of all records required by applicable regulations, in accordance with the terms and conditions of the executed Settlement (Docket No. 3-1), all of which are adopted and incorporated herein.

The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement detailed in the stipulation.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of November 2021.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge